# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMY BURD, individually, and on behalf of a class of similarly situated individuals,<br><br>    Plaintiffs,<br><br>    v.<br><br>SUBARU OF AMERICA, INC.; SUBARU CORPORATION,<br><br>    Defendants. | No. 1:20-cv-03095-JHR-JS<br><br>JURY TRIAL DEMANDED<br><br>CLASS ACTION |
| STEVEN STONE and SHIRLEY ALBRIGHT, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>SUBARU OF AMERICA, INC., a New Jersey Corporation, and SUBARU CORPORATION, a Japanese Corporation,<br><br>    Defendants. | No. 1:20-cv-03232-JHR-JS<br><br>JURY TRIAL DEMANDED<br><br>CLASS ACTION |
| VIRGINIA TOMASIAN and ROGER BALADI, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>SUBARU OF AMERICA, INC.,<br><br>    Defendant. | No. 1:20-cv-03233-JHR-JS<br><br>JURY TRIAL DEMANDED<br><br>CLASS ACTION |

| | |
|---|---|
| DUSTIN DALEN, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>SUBARU OF AMERICA, INC.; and DOES 1 through 20, inclusive,<br><br>    Defendant. | No. 1:20-cv-04393-JHR-JS<br><br>JURY TRIAL DEMANDED<br><br>CLASS ACTION |
| WALTER GILL, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SUBARU OF AMERICA, INC., a New Jersey Corporation, and SUBARU CORPORATION, a Japanese Corporation,<br><br>    Defendants. | No. 1:20-cv-04973-JHR-JS<br><br>JURY TRIAL DEMANDED<br><br>CLASS ACTION |

## [~~PROPOSED~~] ORDER CONSOLIDATING CASES AND SETTING A BRIEFING SCHEDULE FOR THE APPOINTMENT OF LEAD COUNSEL

    Upon consideration of Plaintiffs' Motion and Stipulation to Consolidate, it is

HEREBY ORDERED as follows:

1

The following cases are hereby consolidated into one case, to bear the caption and case number *In re Subaru Battery Drain Prod. Liab. Litig.* No. 1:20-cv-03095-JHR-JS:

- *Burd v. Subaru of America Inc. et al.*, No. 1:20-cv-03095-JHR-JS;
- *Stone et al. v. Subaru of America Inc. et al.*, No. 1:20-cv-03232-JHR-JS;
- *Tomasian et al. v. Subaru of America Inc.*, No. 1:20-cv-03233-JHR-JS;
- *Dalen v. Subaru of America, Inc., et al.*, No. 1:20-cv-04393-JHR-JS; and
- *Gill v. Subaru of America, Inc., et al.*, No. 1:20-cv-04973-JHR-JS.

The Clerk is directed to administratively close the following related cases: *Stone et al. v. Subaru of America Inc. et al.*, No. 1:20-cv-03232-JHR-JS, *Tomasian et al. v. Subaru of America Inc.*, No. 1:20-cv-03233-JHR-JS, *Dalen, et al. v. Subaru of America Inc., et al.* No. 1:20-cv-04393-JRH-JS, and *Gill v. Subaru of America, Inc., et al.*, No. 1:20-cv-04973-JHR-JS;

Any action subsequently filed in, transferred to or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action will be consolidated with it. The parties shall file a Notice of Related Cases whenever a case that should be consolidated into this action is filed in, or transferred to, this District.

IT IS FURTHER ORDERED THAT the initial deadlines for this consolidated action are as follows: Counsel may file an application for consideration as interim

2

class counsel. Any attorney who has filed an action in this litigation is eligible to apply. All applications must be e-filed in the consolidated Master File No. 1:20-cv-03095-JHR-JS ten (10) days from the entry of this Order. Each attorney's application shall include a resume no longer than three pages and a letter no longer than three pages (single-spaced) addressing the factors set forth in Rule 23(g). Counsel may file a two-page response (including attachments) no later than ten (10) days thereafter. The Court will appoint interim counsel based on timely written submissions only;

- Plaintiffs will file a Consolidated Complaint ("Complaint") no later than twenty-one (21) days following the appointment of interim class counsel;

- Defendant will respond to the Complaint no later than forty-five (45) days following its filing;

**IT SO ORDERED.**

*[signature]* - April 27, 2020
Hon. Joel Schneider
United States Magistrate Judge

3